UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**CHRISTINE MARIE HUNTER,**

  *Plaintiff*,

v.                                         Case No.  SA-22-CV-01099-JKP

**COMMISSIONER OF SOCIAL SECU-
RITY,**

  *Defendant*.

## AMENDED ORDER AWARDING ATTORNEY FEES UNDER EAJA

On this date came for consideration Defendant's Unopposed Motion to Alter or Amend Judgment. The Motion shall be granted. It is therefore ORDERED, ADJUDGED, AND DECREED that the Court's August 7, 2023, order is hereby amended as follows: Plaintiff is awarded EAJA fees in the amount of $7,882.0,0 representing $7,480.00 in attorney fees and $402.00 in costs.

IT IS FURTHER ORDERED that costs charged against the government of the United States are paid from the Judgment Fund by the Department of the Treasury under 31 U.S.C. § 1304. The Office of the United States Attorney should certify $402.00 as costs to the Department of Treasury for payment.

Defendant is ordered to make the check payable to Christine Marie Hunter but mail the check, as assigned, to the address of Plaintiff's attorney, David Chermol, Chermol & Fishman, LLC, 11450 Bustleton Ave., Philadelphia, PA 19116.

It is so ORDERED.

SIGNED this 30th day of August, 2023.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE